IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICARE HOMEHEALTH SERVICES, LLC | ) | Case No. 14 B 44400 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | October 8, 2015 @ 10:00 a.m. |

## NOTICE OF MOTION

**TO:**   Attached Service List

**PLEASE TAKE NOTICE THAT** on October 8, 2015, at 10:00 am, I shall appear before the Honorable Carol A. Doyle, or any other judge sitting in her stead, in Room 742, 219 South Dearborn Street, Chicago, Illinois, 60604, and request a hearing on the Reorganized Debtor's Motion To Enter Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 30th day of September 2015.

/s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick Layng, United States Trustee
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

Michael Kelly
United States Attorney's Office
219 South Dearborn Street
Suite 219
Chicago, Illinois 60604

**Parties Served U.S. Mail**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICARE HOMEHEALTH SERVICES, LLC | ) | Case No. 14 B 44400 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | October 8, 2015 @ 10:00 a.m. |

**MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**

Now comes Americare Homehealth Services, LLC, the Reorganized Debtor, by and through its attorneys, Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid and Rachel S. Sandler, and in support of its Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1.    On December 12, 2014, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

2.    On August 28, 2015, an Order Approving the Adequacy of the Disclosure Statement and Confirming the Plan of Reorganization ("Confirmation Order") was entered by this Court. The Confirmation Order is final and not subject to appeal.

3.    Pursuant to the Plan, the Reorganized Debtor has commenced monthly payments to its priority, secured and leasehold creditors.

4.    The Debtor has made all payments required by the United States Trustee for quarterly fees.

5.    The Reorganized Debtor has filed and successfully prosecuted claim objections[1].

6.    There are no remaining contested matters pending and no further steps need be taken

to facilitate the administration of the Confirmed Plan.

WHEREFORE, Americare Homehealth Services, LLC, Reorganized Debtor, prays for an order entering a Final Decree and closing the Chapter 11 case; and, for such other relief as may be just.

                                        /s/ Gregory K. Stern
                                          Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

---

[1] The Debtor is withdrawing its objection to the Julian Penny claim.