UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-44400 |
| AMERICARE HOMEHEALTH SERVICES, LLC | ) ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Carol Doyle |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE CLOSING CHAPTER 11 CASE

THIS CAUSE COMING ON TO BE HEARD on the Reorganized Debtor's Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. A Final Decree closing the Debtor's Chapter 11 case is hereby entered.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle

United States Bankruptcy Judge

Dated: October 08, 2015

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #2267012)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558